1

2

3

4

5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8    JUSTIN LEE TRIPP,

9                          Petitioner,          Case No. C17-1050-RSL

10           v.
                                                ORDER TRANSFERRING FEDERAL
11   JOE LOMBARDO, Sheriff of Clark County,     HABEAS ACTION
     Nevada, *et al.*,
12
                           Respondent.
13

14           The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and

15   Recommendation of James P. Donohue, Chief United States Magistrate Judge, and the remaining

16   record, hereby finds and ORDERS:

17           (1)     The Report and Recommendation is approved and adopted.

18           (2)     This matter is TRANSFERRED to the United States District Court for the District

19   of Nevada, Southern Division.

20   //

21   //

22   //

23

     ORDER TRANSFERRING FEDERAL
     HABEAS ACTION - 1

1    (3)    The Clerk is directed to take the necessary steps to transfer the case, and to send

2  copies of this Order to petitioner and to the Honorable James P. Donohue.

3    DATED this ___ day of _September_ 2017.

4

5    _____

6    ROBERT S. LASNIK
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER TRANSFERRING FEDERAL
HABEAS ACTION - 2